## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No: 13 C 50245 |
| Chapa General Contractor, Inc., | ) ) | |
| *Defendant*. | ) ) | Judge Frederick J. Kapala |

### ORDER

This matter comes before the court based on a report and recommendation ("R&R") from the magistrate judge that this court enter a ruling of default against defendant for failure to answer and order a turnover of records to plaintiff to conduct an audit of defendant's obligations. The record shows that defendant was served on 8/13/2013. Based on Rule 12, and the summons defendant received, it had twenty-one days to answer or otherwise plead. As of this date, defendant has not entered an appearance, filed an answer, otherwise pled, or objected to the magistrate judge's R&R. Accordingly, there being no written objection to the magistrate judge's R&R entered on 10/23/2013, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and grants plaintiff's motion for entry of default [10]. Parties are to contact the magistrate judge to set a prove-up date within 14 days of this order. Turnover order to be entered separately.

Date: 11/27/2013    ENTER:

_____

FREDERICK J. KAPALA

District Judge